UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>SHANNON SORRELL and KEVIN TAYLOR,<br><br>     Defendant. | No. CR 09-0398 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON MAY 11, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The government and defendants Shannon Sorrell and Kevin Taylor jointly requested that the status hearing presently set for February 9, 2010 be vacated and that this matter be set for change of plea and sentencing on May 11, 2010 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between February 5, 2010 and May 11, 2010 to allow time for the Court to consider the proposed plea agreements to be entered into by the defendants and the attorney for the government, and to allow time for the preparation of Presentence Investigation Reports by the United States Probation Office. Defendants agree that the Court may review the pre-plea Presentence Investigation Reports even though they have not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-09-0398 SBA

1    **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on
2    May 18, 2010 at 10:00 a.m., and that time between February 5, 2010 and May 18, 2010 is
3    excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for
4    consideration by the Court of the proposed plea agreements to be entered into by the defendants
5    and the attorney for the government.

6    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare
7    Presentence Investigation Reports.

9    DATED: 2/9/10                                    _____/s/ Saundra B Armstrong_____
10                                                   HON. SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge