David W. Shapiro (CA Bar No. 219265)
dshapiro@boerschshapiro.com
BOERSCH SHAPIRO LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 500-6644

Attorney for Defendant
Shannon Marie Sorrell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHANNON MARIE SORRELL,<br><br>Defendant. | Case No. CR09-000398-003 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

    Defendant SHANNON MARIE SORRELL, by her counsel David W. Shapiro, and the United States Attorney, by its counsel Assistant U.S. Attorney Andrew Huang, hereby stipulate and agree that the status conference currently set for December 3, 2014 be continued to January 28, 2015 (or to a date and time convenient to the Court) because the state charges on which this matter is predicated have not yet been resolved.

    The grounds for this stipulation are as follows:

    1.    Defendant Sorrell was sentenced on June 10, 2010 to a term of three years of supervised release.

    2.    On January 24, 2014, the Probation Department filed a petition for summons for offender under supervision alleging that Ms. Sorrell had embezzled property from a former employer and had tested positive for alcohol use.

    3.    The parties appeared before Magistrate Judge Westmore on April 9, 2014 and agreed to continue the matter pending resolution of the state court proceedings to July 2, 2014.  That date

was later continued to September 17, 2014 and then to December 1, 2014 by stipulation of the parties.

4. As of today, the state court proceedings have not been resolved.  The state case has been continued to January 8, 2015 with a pretrial conference set for January 22, 2015.  Ms. Sorrell has made payments to the former employer and will continue to do so.

5. AUSA Andrew Huang agrees that this matter should be continued pending resolution of the state case, and AUSA Huang has authorized defense counsel to submit this stipulation on his behalf.

6. Defense counsel believes that a continuance is in the best interests of his client and that a continuance for two months is proper under the circumstances.

7. The defendant therefore requests that the Court continue the matter and agrees that the delay in a revocation hearing for the time between December 3, 2014 and January 28, 2015, or to a date convenient to the Court near such date, is reasonable under Rule 32.1(b)(2) of the Federal Rules of Criminal Procedure.

Dated:  December 1, 2014                    /s/ David W. Shapiro
                                            DAVID W. SHAPIRO
                                            Attorney for Defendant Sorrell


                                            /s/ Andrew Huang
                                            ANDREW HUANG
                                            Assistant U.S. Attorney

**[PROPOSED] ORDER**

Based on the stipulation between the parties in this case, IT IS ORDERED that the status conference in this case currently scheduled for December 3, 2014 is continued to January 28, 2015 at 9:30 a.m.

IT IS SO ORDERED:

Dated:  December  3 , 2014

*Kandis Westmore*
HONORABLE KANDIS WESTMORE
United States Magistrate Judge